# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132833 & (17)

DENNIS D. HORTON, Personal Representative
of the ESTATE OF DOROTHY E. HORTON,
Deceased,
            Plaintiff-Appellee,

v                                                          SC: 132833
                                                           COA: 274053
                                                           Washtenaw CC: 06-000089-NH
WALLACE A. ARNESON, JR., M.D., and
MICHIGAN MULTISPECIALTY PHYSICIANS,
P.C., d/b/a ASSOCIATES IN GENERAL &
VASCULAR SURGERY,
            Defendants-Appellants.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

_____
Clerk

d0116